UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11-cv-132-RJC

| | |
|---|---|
| RICCARDO DARNELL JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| FNU GILLES, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on its on motion. On March 13, 2012, the Court entered an Order directing Plaintiff to provide the Court with a current address after noting that two documents which had been mailed to Plaintiff by the Clerk of Court had been returned as undeliverable. (Doc. No. 22).

The Court warned Plaintiff of his duty to prosecute his case which includes the duty to keep the Court informed of his current address. (Id. at 1) (citing Carey v. King, 856 F.2d 1439, 1441 (9th Cir. 1988) ). Plaintiff was further warned that if he did not provide the Court with his current mailing address that his case would be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure. (Id. at 1-2). The Court Ordered Plaintiff to provide the Court with updated, current contact information within 14 days from entry of the March 13, 2012 Order.

Plaintiff, after having been warned, has failed to provide the Court with the required contact information. Accordingly, the Court will dismiss Plaintiff's Complaint and all claims against all Defendants for failure to prosecute.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice for failure to prosecute.

1

The Clerk is respectfully directed to send a copy of this Order to Plaintiff's last known address.

Signed: May 24, 2012

Robert J. Conrad, Jr.
Chief United States District Judge

2