# United States District Court
## For The Western District of North Carolina
### Asheville Division

RICCARDO DARNELL JONES,

        Plaintiff,                        JUDGMENT IN A CIVIL CASE

vs.                                         1:11-cv-132-RJC

FNU GILLES, et al.,

        Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/24/2012 Order.

                                                          Signed: May 24, 2012

                                                          Frank G. Johns, Clerk
                                                          United States District Court